**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

September 5, 2025

## LETTER ORDER

Re:   *Asia Sheridan, et al. v. Valley National Bank*
       Civil Action No. 24-6791 (ES) (JSA)

Dear Parties:

Before the Court is Plaintiffs' Cross-Motion to Remand this putative class action to the Superior Court of New Jersey, Middlesex County, Law Division (D.E. No. 44 ("Motion")), which was referred to The Honorable José R. Almonte, U.S.M.J., for a report and recommendation. On August 18, 2025, Judge Almonte issued a Report and Recommendation (the "R&R") recommending that Plaintiffs' Motion be granted and that this action be remanded to state court. (D.E. No. 53). As Judge Almonte noted, the critical issue relevant to the Motion is whether Plaintiffs allege a concrete injury in fact sufficient to confer Article III standing. (*Id.* at 7). After carefully analyzing the relevant filings and applicable legal authority, Judge Almonte concluded that Plaintiffs—who only seek statutory damages for alleged violations of the Uniform Commercial Codes of New Jersey and New York—have not alleged a concrete injury in fact and accordingly lack Article III standing to pursue their claims in federal court. (*Id.* at 7 & 13; *see also id.* at 1–14). Thus, Judge Almonte recommended that the Undersigned grant Plaintiffs' Motion and remand this matter to state court. (*Id.* at 13–14). Judge Almonte provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Civil Rule 72.1(c)(2). (*Id.* at 14). As of the date of this Letter Order, no party has filed any objections to the R&R.

Accordingly, having reviewed Judge Almonte's unopposed R&R, for the reasons stated therein and for good cause shown,

**IT IS** on this **5th** day of **September 2025**,

**ORDERED** that Judge Almonte's unopposed R&R (D.E. No. 53) is **ADOPTED** in full; and it is further

**ORDERED** that Plaintiffs' Cross-Motion to Remand (D.E. No. 44) is **GRANTED**; and it is further

**ORDERED** that this action is hereby **REMANDED** to the Superior Court of New Jersey, Middlesex County, Law Division; and it is further

**ORDERED** that the Clerk of Court shall mail a copy of this Order to the Clerk of the New Jersey Superior Court; and it is further

**ORDERED** that the Clerk of Court shall mail Defendant a copy of this Order via regular U.S. Mail; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** Docket Entry Numbers 44 & 53; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

*/s/ Esther Salas*
**Esther Salas, U.S.D.J.**